# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| IRENE CORSON et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>TOYOTA MOTOR SALES U.S.A., INC. et al.,<br><br>　　　　　　　Defendants. | Case No.<br>CV 12-08499 JGB (VBKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed concurrently herewith, it is ORDERED AND ADJUDGED that Plaintiffs' Motion for Final Approval of Class Action Settlement is GRANTED. Plaintiffs' Third Amended Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

　　IT IS SO ORDERED.

Dated: April 4, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　THE HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　United States District Judge